**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **DEUTSCHE BANK AG,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 08-569 T** |
| | ) | **The Honorable Lynn J. Bush** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of W. C. Rapp as attorney of record for the United States.

Service of all papers by opposing parties should be addressed as follows:

W. C. Rapp, Esquire
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D. C. 20044

Dated: August 25, 2008

s/ W. C. Rapp
W. C. RAPP
Trial Attorney
Justice Department (Tax)
Court of Federal Claims Section
(202) 307-0503
Fax: (202) 514-9440