# In the United States Court of Federal Claims

No. 08-569T

(Filed April 14, 2010)

```
* * * * * * * * * * * * * * * * * * * * *
DEUTSCHE BANK AG.,              *
                                *
            Plaintiff,          *
                                *
    v.                          *
                                *
THE UNITED STATES,              *
                                *
            Defendant.          *
* * * * * * * * * * * * * * * * * * * * *
```

## ORDER

On April 13, 2010, defendant filed an unopposed Motion for Enlargement of Time of sixty days, to and including June 14, 2010 within which to file its response to plaintiff's motion for summary judgment. Accordingly, it is hereby **ORDERED** that defendant's Motion for Enlargement of Time, filed April 13, 2010 is **GRANTED**.

                                                            s/Lynn J. Bush  
                                                            LYNN J. BUSH  
                                                            Judge